

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2021

No. 04-20-00340-CV

**IN THE INTEREST OF A.R., JR., A CHILD**

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 18-03-14124-ZCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

Appellant appeals the trial court's termination of his parental rights. Appellant's court-appointed counsel has filed a brief and a motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill his ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.). In compliance with the procedure set out in *Anders*, appellant's attorney has shown that he sent a letter to appellant, which explained his right to review the record and file a pro se brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re R.R.*, 2003 WL 21157944, at *4. In the letter, counsel stated that he had enclosed copies of the brief and the motion to withdraw. *See Kelly*, 436 S.W.3d at 313; *In re R.R.*, 2003 WL 21157944, at *4.

Counsel's letter also advised appellant that if he wished to review the appellate record, he must file a motion in this court. Counsel subsequently provided appellant a form motion for this purpose. *See Kelly*, 436 S.W.3d at 313; *In re R.R.*, 2003 WL 21157944, at *4. If appellant desires to obtain a copy of the appellate record, he must file a motion for pro se access to the appellate record in this court on or before **April 5, 2021**.

If appellant desires to file a pro se brief, we ORDER that he do so on or before **April 26, 2021.** If appellant files a pro se brief, appellee may file a responsive brief no later than twenty days after the date appellant's pro se brief is filed in this court. We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of this court.

FILE COPY

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2021.

MICHAEL A. CRUZ, Clerk of Court